Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Lancaster Mortgage Bankers, LLC
Debtor

Case No.: 07–22479–MBK
Chapter 7

Peggy E. Stalford, Trustee
Plaintiff

v.

US Bank National Association as Trustee for Terwin
Mortgage Trust 2005–16HE Asset Backed Certificates,
TMTS Series 2005–16HE Without Recourse
Defendant

Adv. Proc. No. 08–01211–MBK                          Judge: Michael B. Kaplan

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on June 10, 2008, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 25 – 5, 7
Copy of MEMORANDUM DECISION WHICH AMENDS PRIOR DOCKETED OPINIONS (related document:[5] Motion to Dismiss Adversary Proceeding filed by Defendant US Bank National Association as Trustee for Terwin Mortgage Trust 2005–16HE Asset Backed Certificates, TMTS Series 2005–16HE Without Recourse, [7] Cross Motion re: Summary Judgment (related document:[5] Motion to Dismiss Adversary Proceeding filed by Defendant US Bank National Association as Trustee for Terwin Mortgage Trust 2005–16HE Asset Backed Certificates, TMTS Series 2005–16HE Without Recour filed by Plaintiff Peggy E. Stalford, Trustee). The following parties were served: Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney. Signed on 6/4/2008. (slf, )

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 10, 2008
JJW: slf

James J. Waldron
Clerk